IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:18cr422-MHT
                            )             (WO)
MALCON SMILEY               )
```

ORDER

Defendant Malcon Smiley has been under the court's supervision since May 17, 2022.

In an order entered on April 18, 2023 (doc. 60), the court noted that it had "serious concerns that ... Smiley may have issues of domestic violence."  In response, defense counsel had Smiley evaluated by Dr. Carla Stover and, based on her evaluation, submitted proposed recommendations to the court.  Based on those recommendations, the court ordered the parties and the supervising probation officer to submit a "report on whether they have reached an agreement on how to address ... Smiley's alleged issues with domestic violence," and if so, to "attach a copy of the agreement to the report." See Order entered on June 14, 2023 (Doc. 67).

On June 23, defense counsel, after consulting with the supervising probation officer and government counsel, filed a report. The report outlines steps being taken to address the court's domestic-violence concerns and concludes "that a hearing is not necessary at this time, as the [c]ourt's prior action is currently having the desired outcome," and that, "[s]hould this status change, further [c]ourt involvement may be necessary." *See* Response (Doc. 69). In light of this representation, the court finds it unnecessary to take any further substantive action as to this issue at this time.

\*\*\*

However, because the court's concern about domestic violence still remains, it is ORDERED that:

(1) Another status conference, with government counsel, defense counsel, and the supervising probation officer, is set for August 18, 2023, at 8:30 a.m. to discuss defendant Malcon Smiley's status under supervision, including the status of his ongoing

treatment to address underlying issues related to his history of domestic violence.  The courtroom deputy is to arrange for the conference to be by Zoom.

    (2) Three business days before the status conference, government counsel, defense counsel, and the supervising probation officer are to file a report on how defendant Smiley is progressing.

    DONE, this the 27th day of June, 2023.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**