IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
        v.                  )        2:18cr422-MHT
                            )           (WO)
MALCON SMILEY               )
```

ORDER

At the on-the-record status conference on August 18, 2023, the supervising probation officer informed the court that defendant Malcon Lamar Smiley's supervision is in inactive status in light of the state charges set forth in the revocation petition (Doc. 71). Accordingly, it is ORDERED that the court will not take any further action at this time.

DONE, this the 18th day of August, 2023.

　　　　　　　　　　　　　___/s/ Myron H. Thompson___
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE